**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x

UNITED STATES OF AMERICA,

-against-

LOUIS HERRERA,

                               Defendant.

------------------------------------------x

ORDER

05 Crim. 136, 05 Crim. 939 (GBD)

GEORGE B. DANIELS, United States District Judge:

The conference scheduled for September 15, 2020 is adjourned to October 27, 2020 at 10:00 a.m.

Dated: New York, New York
       September 2, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE